UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Suber,

           Plaintiff,

    –v–

VPP Services, LLC, *et al.*,

           Defendant.

20-cv-08177 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the parties' series of letters. Dkt. Nos. 38, 42-48. The parties are hereby ordered to confer prior to filing letter requests and submit only joint letters to avoid unnecessary confusion and delay.

    Plaintiff's Amended Complaint is due December 28, 2020. All Defendants' responses to the Complaint are due January 20, 2021. Plaintiff may renew the requests to unseal when the Amended Complaint is filed. Plaintiff's Notice of Intent to File an Amended Complaint moots the earlier filed Complaint and motions to dismiss, therefore Plaintiff is not required to respond to any pending motions to dismiss and none of the Defendants are required to respond to the original Complaint.

SO ORDERED.

Dated: December 1, 2020
       New York, New York

                                  ALISON J. NATHAN
                                United States District Judge