USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Suber.,

    Plaintiffs,

  –v–

VVP Services, *et al*.,

    Defendant.

---

20-cv-08177 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

  The case is referred to Magistrate Judge Moses for general pretrial management, including the initial pretrial conference.  The conference scheduled for today at 3:45 is therefore cancelled.

  SO ORDERED.

Dated: January 15, 2021
  New York, New York

_____
  ALISON J. NATHAN
  United States District Judge