USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Suber,

              Plaintiff,

   –v–

VVP Services, *et al.*,

             Defendants.

20-cv-8177 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received Plaintiff's "Motion for Temporary Restraining Order, Asset Restraining Order, Selected Expedited Discovery, and Order to Show Cause for Preliminary Injunction." Dkt. No. 109. A hearing on Plaintiff's motion is scheduled for May 17, 2021 at 11:00 A.M. Defendants' response to Plaintiff's motion is due April 19, 2021. Plaintiff may then file a reply by May 1, 2021. By May 5, 2021, the parties must submit a joint letter indicating whether they are seeking an evidentiary hearing or an oral argument on the papers. If the parties disagree, they may submit separate proposals in the joint letter. If seeking an evidentiary hearing, the parties should indicate who the witnesses will be and how long they expect the hearing will take.

SO ORDERED.

Dated: March 23, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge

2