USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Suber,

           Plaintiff,

–v–

VVP Services,

           Defendants.

20-cv-8177 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In accordance with the Undersigned's Individual Rules, any attorney appearing before the Court in this case must enter a Notice of Appearance on the docket. The Court instructs all counsel participating in this case to do so immediately.

SO ORDERED.

Dated: May 14, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge