**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Karen M. Suber,

                Plaintiff,

      -against-                                        20 **CIVIL** 8177 (AJN)

                                                   **JUDGMENT**

VVP Services, LLC, et al.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 27, 2021, Defendants' motion to dismiss for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) is GRANTED and Plaintiff's complaint is dismissed without prejudice. The parties' sealing requests are GRANTED. Plaintiff's motion to strike is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

       September 27, 2021

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                                **BY:**       *K. Mango*

                                                       **Deputy Clerk**