```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Suber,

              Plaintiff,

–v–

VVP Services, LLC et al,

              Defendants.

20-cv-8177 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Plaintiff's Motion for Reconsideration of the Court's order dismissing Plaintiff's complaint without prejudice (Dkt. No. 143). Dkt. No. 145. Defendants are ordered to file a response by November 5, 2021. Plaintiff shall file a reply, if at all, by November 19, 2021.

SO ORDERED.

Dated: October 8, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge