UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Karen M. Suber,

            Plaintiff,

–v–

VVP Services, LLC, *et al.*,

            Defendant.

20-cv-8177 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    By no later than **April 24, 2023**, the parties shall confer for at least one hour in light of the Second Circuit's decision in this case and file a joint letter confirming their meet and confer and indicating, what, if any sealing issues remain to be resolved. The filing shall indicate with particularity any documents, or portions of documents, that a party believes should continue to remain under seal and the basis for the requested sealing, including, if appropriate, a privilege log identifying the basis for the claimed privilege and any objections to the assertion of the claimed privilege. The Court is unlikely to seal entire documents; the parties should instead propose and justify any limited redactions.

    SO ORDERED.

Dated: April 3, 2023
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation

1