USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Karen M. Suber,

        Plaintiff,

   –v–

VVP Services, LLC, *et al.*,

        Defendants.

20-cv-8177 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

On October 18, 2023, Defendants filed **Exhibits 24** and **26** in compliance with the Court's October 4, 2023 order.  Dkt. No. 184.  All remaining sealing issues have been resolved and nothing further is pending in this matter before the Court.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: October 20, 2023
      New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation